IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRENT LEE NEWBOLD,<br><br>　　　　　Debtor.<br><br>───────────────<br><br>7-ELEVEN, INC.,<br><br>　　　　　Garnishee. | Case No. 2:23-MC-00165-DJC-JDP<br><br>**FINAL GARNISHMENT ORDER**<br><br>Criminal Case No. 2:14-CR-00223-DJC |

　　　　The Court, having reviewed the court files, the United States of America's request for entry of a final garnishment order, and the parties' Settlement Agreement, and good cause appearing therefrom, hereby APPROVES the Settlement Agreement in its entirety.  Accordingly, IT IS ORDERED that:

　　　　1.　　Garnishee 7-Eleven is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Brent Newbold's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

　　　　2.　　Garnishee 7-Eleven is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of this Final Garnishment

Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

Office of the Clerk<br>
501 I St., Rm. 4-200<br>
Sacramento, CA 95814

The criminal docket number (2:14-CR-00223-DJC) shall be stated on the payment instrument;

    3.    Garnishee 7-Eleven, Inc., and Brent Newbold shall notify the United States of any change of Brent Newbold's employment status within 30 days of the effective date of the status change.

    4.    All parties will bear their own fees, expenses, and costs.

    5.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

    6.    The garnishment shall terminate when the United States seeks to terminate the writ or when the judgment amount is fully satisfied.

    IT IS SO ORDERED.

Dated:  November 4, 2024              /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE